John M. Murrell, for Appellant.
Botts & Field, for Appellees.

Edward Zwinggi, et al., Appellants, v. Paul Behrendt, et al., Appellees.

Randolph Calhoun, for Appellants.
J. Irvin Walden, for Appellees.

Switzerland Holding Company, a Corporation, Appellant, v. Jeanette Selden, et al., Appellees.

Leon J. C. Harton, for Appellant.
Hull, Landis & Whitehair, for Appellees.

B. P. Scruggs, et al., Appellants, v. Lavinia Sparkman Witt, et vir, Appellee.

Hampton, Bull & Crom, for Appellants.
Hill & Hill, for Appellee.

F. C. Phillips, et al., Plaintiffs in Error, v. State, ex rel. P. Q. Ford, Defendant in Error.